**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6799**
_____

GERALD D. FULLER,

                Plaintiff – Appellant,

        v.

WARDEN BOBBY SHEARIN; LIEUTENANT ROBERT MANUEL; SERGEANT
RANDALL RASE; SERGEANT WEDLOCK; NORTH BRANCH CORRECTIONAL
INSTITUTION; OTHER ADDITIONAL UNKNOWN CO IIS; UNKNOWN
FEMALE CO II,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (1:14-cv-01474-WMN)

_____

Submitted:  October 29, 2015          Decided:  March 17, 2016

_____

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gerald D. Fuller, Appellant Pro Se. Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Davis Fuller appeals the district court's orders granting summary judgment in favor of defendants on Fuller's 42 U.S.C. § 1983 (2012) complaint, and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fuller v. Shearin, No. 1:14-cv-01474-WMN (D. Md. Mar. 17 & Apr. 27, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED